IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| JENNIFER FANNING, H.L. FANNING, and KARRIE BRITTON d/b/a FANNING FLOOR | ) ) ) ) | C.A. NO.: 2:17-cv-2161-PMD |
| Plaintiffs, | ) ) | **NOTICE OF SETTLEMENT** |
| vs. | ) ) ) | |
| OHIO SECURITY INSURANCE COMPANY | ) ) ) | |
| Defendant. | ) ) | |

TO: UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH CAROLINA AND ALL PARTIES AND ATTORNEYS OF RECORD:

In accordance with the instruction of the Court, Defendant hereby submits this Notice of Settlement to notify the Court that the lawsuit has been settled and to request 60 days in which to file the dismissal.

Dated this  27th June, 2018.

Respectfully submitted,

WALL TEMPLETON & HALDRUP, P.A.

s/Morgan S. Templeton
Morgan S. Templeton, Esquire (Fed ID #7187)
Post Office Box 1200
145 King Street, Suite 300
Charleston, South Carolina 29402
(843)329-9500
**Attorneys for Defendant**